DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
MATTHEW FLEMING
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL PATRICK MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00279 KJN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| MICHAEL PATRICK MURPHY, | ) | Date: September 8, 2010 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for MICHAEL PATRICK MURPHY, that the Court vacate the trial confirmation hearing on September 8, 2010 at 10:00 a.m. and the jury trial date set for September 28, 2010 at 9:00 a.m.  We respectfully request the court set a trial confirmation hearing on October 20, 2010 at 10:00 a.m., and a jury trial date for November 15, 2010 at 9:00 a.m.

At present, additional time is needed to conduct an investigation into the events surrounding the charge against Mr. Murphy.  In

1  particular, more time is needed to locate and contact witnesses.  The
2  parties were informed by the court that the dates requested above were
3  the available opportunities for the case to be heard.  The parties also
4  agree that the ends of justice served by granting defendant's request
5  for a continuance, outweigh the best interest of the public and the
6  defendant in a speedy trial, because the defense requires more time to
7  investigate and negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A).

8  　　　The parties stipulate that for the purpose of computing time under
9  the Speedy Trial Act, the Court should exclude time from the date of
10 this order through November 15, 2010, for defense preparation and
11 investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

12 Dated: September 3, 2010
　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
13
　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
14 　　　　　　　　　　　　　　　　　　　 Federal Defender

15 　　　　　　　　　　　　　　　　　　　 /s/ Lauren Cusick
　　　　　　　　　　　　　　　　　　　　_____
16 　　　　　　　　　　　　　　　　　　　 LAUREN CUSICK
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
17 　　　　　　　　　　　　　　　　　　　 Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　MICHAEL PATRICK MURPHY
18

19 Dated: September 3, 2010　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney
20

21 　　　　　　　　　　　　　　　　　　　 /s/ Matthew Stegman
　　　　　　　　　　　　　　　　　　　　_____
22 　　　　　　　　　　　　　　　　　　　 MATTHEW C. STEGMAN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
23

24 　　　　　　　　　　　　　　　　　　**ORDER**

25 IT IS SO ORDERED.

26

27 Dated: September 7, 2010　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　Kendall J. Newman
28 　　　　　　　　　　　　　　　　　　　 United States Magistrate Judge